IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRACE NEEBE,** as Administratrix of the Estate of Louis Neebe, Deceased, *et al.*,<br><br>    *Plaintiffs*,<br>  v.<br><br>**RAVIN CROSSBOWS, LLC, et al.,**<br><br>    *Defendants.* | Case No. 2:19-cv-04934-JDW |

## ORDER

**AND NOW**, this 5th day of January, 2021, upon consideration of Defendants' Motion to Submit Sealed Exhibit (ECF No. 47), it is **ORDERED** that the Motion is **GRANTED** because the Court finds that (a) information subject to another Court's protective order is the type of information that courts protect and (b) disclosure of information subject to another court's protective order could result in sanctions, which are a clearly defined and serious injury. *See In re Avandia Marketing, Sales Practices and Prods. Liab. Litig.*, 924 F.3d 662, 672 (3d Cir. 2019).

**SO ORDERED:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J**.