# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRACE NEEBE,** as Administratrix of the Estate of Louis Neebe, Deceased, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> **RAVIN CROSSBOWS, LLC, et al.,** <br><br> *Defendants.* | Case No. 2:19-cv-04934-JDW |

## ORDER

**AND NOW**, this 20th day of January, 2021, upon consideration of Plaintiff's Motions to Submit Sealed Exhibit (ECF Nos. 54 and 55), for the reasons set forth in the Court's prior sealing Order (ECF No. 50), it is **ORDERED** that the Motions are **GRANTED**. Plaintiff may file Exhibit B to her Opposition to Defendant's Motion to preclude the testimony of Stephen A. Batzer and Exhibit C to her Opposition to Defendant's summary judgment motion under seal.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J**.