UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE NEEBE, as Administratix of the ESTATE OF LOUIS NEEBE, Deceased, and GRACE NEEBE, in her own right<br><br>v.<br><br>RAVIN CROSSBOWS, LLC., et al | :<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL NO. 2:19-cv-04934-JDW<br>: |

**PLAINTIFF'S MOTION TO SUBMIT SEALED EXHIBIT**

Plaintiff respectfully moves to file an attachment to Plaintiff's Response to Order to Show Cause, under seal. Plaintiff's Response to Order to Show Cause includes reference to a recently deceased member of Plaintiff's counsel's firm. To protect his family's privacy, Plaintiff would like to submit this Exhibit under seal.

Pursuant to Judge Wolson's Policies and Procedures, Plaintiff will submit courtesy copies to the Court of the aforementioned documents sought to be filed under seal for same-day delivery.

PANSINI MEZROW & DAVIS

Date: January 22, 2021        BY: _____
                               ADAM C. DAVIS, ESQUIRE
                               1525 Locust Street, 15th Floor
                               Philadelphia, PA 19102
                               **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel fo record via CMECF on January 22, 2021.

PANSINI, MEZROW & DAVIS

BY: _____
ADAM C. DAVIS, ESQUIRE
Attorneys for Plaintiff
