# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRACE NEEBE,** as Administratrix of the Estate of Louis Neebe, Deceased, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>**RAVIN CROSSBOWS, LLC, et al.,**<br><br>*Defendants.* | **Case No. 2:19-cv-04934-JDW** |

## ORDER

AND NOW, this 29th day of January, 2021, upon consideration of Plaintiff's Motion to Submit Sealed Exhibit (ECF No. 58), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J**.