IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRACE NEEBE,** as Administratrix of the Estate of Louis Neebe, Deceased, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**RAVIN CROSSBOWS, LLC, et al.**,<br><br>*Defendants*. | Case No. 2:19-cv-04934-JDW |

## ORDER

**AND NOW**, this 2nd day of April, 2021, for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 48) is **GRANTED**. It is **FURTHER ORDERED** that Defendants' *Daubert* Motion to Preclude Plaintiffs' Expert (ECF No. 49) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge